IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02969-RPM

MYRNA MESTAS,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS and
TOMMY VIGIL, in his personal capacity,

    Defendants.

_____

### ORDER OF DISMISSAL OF CERTAIN CLAIMS AND DEFENDANT TOMMY VIGIL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [9] filed April 22, 2013, it is

    ORDERED that the motion is granted and all claims against Tommy Vigil, in his personal capacity, are dismissed with prejudice, each party to bear their own attorneys' fees and costs. It is

    FURTHER ORDERED that all claims on behalf of the Plaintiff, except for Plaintiff's ADEA Claim of Retaliation for opposing discriminatory employment practices as alleged in Plaintiff's Second Cause of Action (ADEA-Retaliation) in Plaintiff's Complaint, against Defendant COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS, are dismissed *with prejudice.*

    Dated: April 23rd, 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge