IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02969-RPM

MYRNA MESTAS,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendant.
_____

ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT
_____

    The issue in this civil action is whether plaintiff was terminated from her employment with Costilla County Board of County Commissioners because she made complaints about age based salary differences in violation of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 626(b).  The plaintiff and defendant both filed motions for summary judgment on this issue.  Those motions are based on asserted facts which are in dispute, as shown by the motions themselves.  Accordingly, it is

    ORDERED that the defendant's motion for summary judgment [17] and the plaintiff's motion for summary judgment [19] are denied.  A pretrial conference will be set.

    Dated: April 17th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge