IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02969-RPM

MYRNA MESTAS,

     Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,

     Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that a pretrial conference should now be scheduled, it is

ORDERED that a pretrial conference is scheduled for **May 22, 2014, at 10:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and

Submission of Final Pretrial Order which may be found at  http://www.cod.uscourts.gov/

CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.

aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to

chambers by **4:00 p.m.** on **May 15, 2014.**  The conference is conducted with lead counsel present

in person.  No parties or representatives of parties will be permitted to attend.

Dated: April 29th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge