IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02969-RPM

MYRNA MESTAS,

    Plaintiff,

v.

COSTILLA COUNTY BOARD OF COUNTY COMMISSIONERS,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [34] filed July 23, 2014, it is

ORDERED that the August 25, 2014, trial date is vacated, and this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated:   July 24th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge